UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROSA M. ANDRADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:15-cv-00401-RLY-DML |
| | ) |
| ESKENAZI HEALTH CENTER, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

SO ORDERED this  8th  day of      January      , 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.